IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JENNA LANGSTON**                                                                                   **PLAINTIFF**

v.                                                           CIVIL ACTION NO. 1:24-cv-133-TBM-RPM

**ENMON ENTERPRISES, LLC,**
*doing business as Jani-King;*
*doing business as Jani-King of*
*Mississippi Gulf Coast; doing*
*business as Jani-King of Southeast*
*Mississippi; et al.*                                                                              **DEFENDANTS**

## ORDER

This matter came before the Court on Enmon Enterprises, LLC's Motion to Dismiss [27]. At the hearing conducted on April 2, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Enmon Enterprises, LLC's Motion to Dismiss [27] is GRANTED IN PART and DENIED IN PART for the reasons stated at the hearing. Enmon Enterprises, LLC's Motion is GRANTED as to Count 4 "Abuse of Process/Retaliation/Malice/Extortion" and Count 5 "Tortuous (sic)/Intentional Interference" of Jenna Langston's Amended Complaint. These claims are DISMISSED WITH PREJUDICE. Enmon Enterprises, LLC's Motion is DENIED as to the exhaustion issue with regard to Langston's Title VII claims.

This, the 4th day of April, 2025.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE